THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VALERIO HIDALGO, Appellant. [898 NYS2d 505]—Appeal by the defendant from a judgment of the Supreme Court, Richmond County (Meyer, J.), rendered February 7, 2008, convicting him of course of sexual conduct against a child in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Rivera, J.P., Florio, Miller, Chambers and Roman, JJ., concur.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGEL LAHOZ, Appellant. [898 NYS2d 869]—Appeal by the defendant from a judgment of the County Court, Orange County (DeRosa, J.), rendered July 9, 2008, convicting him of criminal possession of a weapon in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contentions regarding an alleged "second" cooperation agreement and his claims of ineffective assistance of counsel are premised for the most part on matter dehors the record that may not be reviewed on direct appeal (*see People v Yagudaev*, 70 AD3d 984 [2010]; *People v Evans*, 69 AD3d 649 [2010]). To the extent that we are able to review the contentions, we find them to be without merit (*see People v Benevento*, 91 NY2d 708, 712-715 [1998]; *People v Huertas*, 85 NY2d 898, 899 [1995]; *People v Anonymous*, 31 AD3d 460 [2006]). Rivera, J.P., Florio, Miller, Chambers and Roman, JJ., concur.